```
 1
 2
 3
 4
 5
 6                      IN THE UNITED STATES DISTRICT COURT
 7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
 8
 9  JENNIFER SAMSON DAVID,                    No. 05-00046 CW
10         Plaintiff,
11     v.
12  CITY OF FREMONT,
13         Defendant.
14  RACHEL DAVID and M.D.,                    No.  05-00956 CW
15         Plaintiffs,
                                              ORDER FOR
16     v.                                     CONSOLIDATION
17  CITY OF FREMONT,
18         Defendant.
                                           /
19
20      The action numbers listed above are related cases within
21  the meaning of Civil L.R. 3-12.  Pursuant to Fed. R. Civ. P.
22  42(a), these cases are hereby consolidated into Civil Action No.
23  C 05-00046 CW for all proceedings before this Court.  All
24  further filing shall be made in C-05-00046 CW.  There is no
25  further reason at this time to maintain C-05-00956 CW as an open
26  one for statistical purposes, and the Clerk is instructed to
27  submit a JS-6 Form to the Administrative Office.  Nothing
28
```

**United States District Court**
For the Northern District of California

contained in this Order shall be considered a dismissal or disposition of C-05-00956 CW, and, should further proceedings in that litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

IT IS SO ORDERED.

| | |
|---|---|
| Dated 6/21/05 | /s/ CLAUDIA WILKEN<br>CLAUDIA WILKEN<br>United States District Judge |