MICHAEL S. SORGEN (SBN 43107)
JOSHUA N. SONDHEIMER (SBN 152000)
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, California 94108
(415) 956-1360

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SAMSON DAVID, by and through her attorneys-in-fact ROBERT NOVAK and CONSTANT NOVAK, individually and in her representative capacity as successor in interest to Glenn P. David,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FREMONT, a municipal corporation; CRAIG STECKLER, individually and in his capacity as Chief of Police for the City of Fremont; OFFICER MICHAEL CHINN, individually; DOES 1-10, inclusive,<br><br>Defendants. | CONSOLIDATED<br>Case No. C 05-00046<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND ENE DEADLINE |

At the recommendation of the Early Neutral Evaluator appointed by the Court in this matter, the parties stipulate and request pursuant to ADR Local Rule 5-5 that the deadline for holding the Early Neutral Evaluation (ENE) be extended by one month to October 31, 2005. As grounds therefore, the parties state:

The Court's Case Management Order of June 21, 2005, provides that the ADR session in this matter must be held by September 30, 2005 "or as soon thereafter as is convenient to the

mediator's schedule";

On July 18, 2005, Sanford Jay Rosen was appointed Early Neutral Evaluator in this matter;

On July 21, 2005, Mr. Rosen, through his assistant Paloma Wu, sent an email to all counsel advising that he was unavailable to conduct the preliminary ENE phone conference until after August 15, 2005, and that he will be unavailable to conduct the ENE session during the week of September 26, 2005. Mr. Rosen suggested that "due to the late scheduling of the preliminary conference call" and his partial unavailability, counsel and the parties "should consider seeking a stipulated order from the Court permitting the session to be conducted by the end of October."

All parties agree and concur with Mr. Rosen's suggestion that the ENE deadline be extended through the end of October.

A preliminary ENE conference call has been scheduled for August 23, 2005, at 2:00 p.m.;

WHEREFORE, the parties stipulate and respectfully request that the ENE deadline be extended to October 31, 2005.

Dated: August 11, 2005                LAW OFFICES OF MICHAEL S. SORGEN

                                      By: _____/s/_____
                                          Joshua Sondheimer

                                      Attorneys for Plaintiffs JENNIFER SAMSON DAVID, by and through her attorneys-in-fact ROBERT NOVAK and CONSTANT NOVAK

Dated: August _____, 2005            LAW OFFICES OF JOHN BURRIS

                                      By: _____/s/_____
                                          Benjamin Nisenbaum

                                      Attorney for Plaintiffs RACHEL AND MICHEL DAVID, minors by and through their guardian ad litem, LORI ALEMANIA

Dated: August _____, 2005          BERTRAND, FOX & ELLIOT

By: _____/s/_____
    Dana L. Soong

Attorneys for defendants CITY OF FREMONT, CRAIG STECKLER and MICHAEL CHINN

ATTESTATION REGARDING SIGNATURES

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: August 11, 2005          _____/s/_____
                                Joshua Sondheimer

~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, THIS COURT ORDERS THAT the deadline for the ENE session be and hereby is extended to October 31, 2005.

IT IS SO ORDERED.

Dated: 8/30/05                  /s/ CLAUDIA WILKEN
                                Honorable Claudia Wilken
                                United States District Judge

3