```
 1  GREGORY M. FOX, ESQ., SBN 070876
    DANA L. SOONG, ESQ., SBN 168160
 2  BERTRAND, FOX & ELLIOT
    The Waterfront Building
 3  2749 Hyde Street
    San Francisco, CA 94109
 4  Telephone: (415) 353-0999
    Facsimile:  (415) 353-0990
 5

 6  HARVEY E. LEVINE, ESQ., SBN 61880
    MICHAEL BARRETT, ESQ., SBN  155968
 7  City of Fremont
    3300 Capitol Avenue
 8  P.O. Box 5006
    Fremont, CA 94537-5006
 9  Telephone:   (510) 284-4030
    Facsimile:   (510) 284-4031
10

11  Attorneys for defendant CITY OF FREMONT,
    CRAIG STECKLER, AND MICHAEL CHINN
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SAMSON DAVID, by and through her attorneys-in-fact ROBERT NOVAK and CONSTANT NOVAK, individually and in her representative capacity as successor in interest to Glenn P. David,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF FREMONT, a municipal corporation; CRAIG STECKLER, individually and in his capacity as Chief of Police for the City of Fremont: OFFICER MICHAEL CHINN, individually; DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: C 05 00046 CW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CAUSES OF ACTION OF FIRST AMENDED COMPLAINT FILED BY PLAINTIFFS RACHEL DAVID AND MD** |

(Note: "[PROPOSED]" is struck through in the original)

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CAUSES OF ACTION OF FIRST AMENDED COMPLAINT FILED BY PLAINTIFFS RACHEL DAVID AND MD
*David v. City of Fremont, et al.* Case No.: C 05 00046 CW

1

| | |
|---|---|
| RACHEL DAVID; M. D., by and through his Guardian Ad Litem, LORI ALEMANIA,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF FREMONT, a municipal corporation; CRAIG STECKLER, in his capacity as Chief of Police for the CITY OF FREMONT; MICHAEL CHINN, individually, and in his capacity as a police officer for the CITY OF FREMONT; and DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF FREMONT,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES plaintiffs Rachel David (hereinafter "David") and M.D., by and through his Guardian Ad Litem, Lori Alemania (hereinafter "M.D."), and defendants City of Fremont (hereinafter the "City"), "), Police Chief Craig Steckler in his official capacity (hereinafter "Chief Steckler") and Officer Michael Chinn (hereinafter "Officer Chinn"), by and through their attorneys of record, that pursuant to defendants' FRCP Rule 12(b)(6) motion to dismiss:

1.  Plaintiffs shall dismiss with prejudice all of their Fourth Amendment claims against defendants as asserted in the first, second and third causes of action of plaintiffs' first amended complaint;

2.  Plaintiffs shall dismiss with prejudice their fourth cause of action against defendants for violation of California Civil Code section 52.1 in its entirety; and

3.  Defendants' motion to dismiss, scheduled for hearing on September 9, 2005 at 10:00 a.m., shall be taken off calendar.

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CAUSES OF ACTION OF FIRST AMENDED COMPLAINT FILED BY PLAINTIFFS RACHEL DAVID AND MD
*David v. City of Fremont, et al.* Case No.: C 05 00046 CW

2

IT IS SO STIPULATED.

Dated: August 23, 2005                    /s/ by Benjamin Nisenbaum for John Burris

                                          _____
                                          JOHN BURRIS
                                          Attorney for Plaintiff


Dated: August 23, 2005                    /s/

                                          _____
                                          GREGORY M. FOX
                                          Attorney for Defendants

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT:

1.  Plaintiffs Rachel David and M.D's Fourth Amendment claims against defendants asserted in the first, second and third causes of action of plaintiffs' first amended complaint are dismissed with prejudice;

2.  Plaintiffs' fourth cause of action against defendants for violation of California Civil Code section 52.1 is dismissed with prejudice in its entirety; and

3.  Defendants' FRCP Rule 12(b) motion to dismiss scheduled for hearing on September 9, 2005 at 10:00 a.m., is ~~taken off calendar~~ is denied as moot.

IT IS SO ORDERED.

Dated: 8/31/05                            /s/ CLAUDIA WILKEN
                                          _____
                                          Honorable Claudia Wilken
                                          Judge of the U.S. District Court

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CAUSES OF ACTION OF FIRST AMENDED COMPLAINT FILED BY PLAINTIFFS RACHEL DAVID AND MD
*David v. City of Fremont, et al.* Case No.: C 05 00046 CW

3