GREGORY M. FOX, ESQ., SBN 070876
DANA L. SOONG, ESQ., SBN 168160
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

HARVEY E. LEVINE, ESQ., SBN 61880
City of Fremont
3300 Capitol Avenue
P.O. Box 5006
Fremont, CA 94537-5006
Telephone:   (510) 284-4030
Facsimile:   (510) 284-4031

Attorneys for defendant CITY OF FREMONT,
CRAIG STECKLER, AND MICHAEL CHINN

FILED

APR 1 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SAMSON DAVID, by and through her attorneys-in-fact ROBERT NOVAK and CONSTANT NOVAK, individually and in her representative capacity as successor in interest to Glenn P. David,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FREMONT, a municipal corporation; CRAIG STECKLER, individually and in his capacity as Chief of Police for the City of Fremont: OFFICER MICHAEL CHINN, individually; DOES 1- 10, inclusive,<br><br>Defendants. | Case No.: C 05 00046 CW<br><br>**ORDER GRANTING AS MODIFIED STIPULATION CONTINUING EXPERT REPORT DISCLOSURES AND BRIEFING SCHEDULE AND VACATING HEARING DATE FOR DISPOSITIVE MOTION AND CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| RACHEL DAVID; M. D., by and through his Guardian Ad Litem, LORI ALEMANIA, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| CITY OF FREMONT, a municipal corporation; CRAIG STECKLER, in his capacity as Chief of Police for the CITY OF FREMONT; MICHAEL CHINN, individually, and in his capacity as a police officer for the CITY OF FREMONT; and DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF FREMONT, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties, acting by and through their respective legal counsel, have been cooperating in discovery matters and based on that discovery progress and the volumes of discovery materials that have been produced to date stipulate to the following with regards to scheduling of defendant's dispositive motion for summary judgment and respectfully request that the Court amend its pre-trial order regarding the disclosure of expert reports, the briefing schedule for dispositive motion and the date for hearing on said motion and the next case management conference as follows:

April 25, 2006:   Defendants file and serve their motion for summary judgment by overnight express mail;

May 3, 2006:   Parties to exchange their experts Rule 26 reports by overnight express mail;

May 19, 2006:   Plaintiffs to file and serve their opposition briefs by hand delivery before 5:00p.m.;

June 2, 2006: Defendants to file and serve by overnight express mail their reply brief; **thereafter, the motion for summary judgment will be deemed submitted on the papers, and no hearing will be held unless ordered by the Court.**

June 16, 2006: Expert depositions completed.

Plaintiff Jennifer Sampson David's deposition maybe taken at any mutually convenient date, time and location up until and/or during trial of the above-captioned matter.

**This case is referred to a Magistrate Judge for a settlement conference to be held before September 11, 2006, at the convenience of the Magistrate Judge's calendar.**

IT IS SO STIPULATED

Dated: April 13, 2006          LAW OFFICES OF JOHN BURRIS

                                            /s/
                               _____
                               JOHN L. BURRIS
                               Airport Corporate Centre
                               7677 Oakport Street, Suite 1120
                               Oakland, CA 94611
                               510-839-5200
                               Attorney for Plaintiffs RACHEL DAVID and M.D.

Dated: April 13, 2006          LAW OFFICES OF MICHAEL S. SORGEN

                                            /s/
                               _____
                               Michael S. Sorgen
                               240 Stockton Street, 9th Floor
                               San Francisco, CA 94108
                               T: 415-956-1360
                               Attorney for Plaintiffs JENNIFER SAMSON DAVID

Dated: April 12, 2006          BERTRAND, FOX & ELLIOT

                                            /s/
                               _____

Gregory M. Fox
Attorney for Defendants CITY OF FREMONT, et al.

**BY STIPULATION OF THE PARTIES, IT IS SO ORDERED AS MODIFIED.**

Dated: APR 1 8 2006

Claudia S. Wilken
United States District Court Judge